UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JACKSON R. HAWKINS, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) Civil Action No. 1:24-cv-00269-LEW <br> ) <br> ) |
| TOWN OF HOLDEN, et al. | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## CONSENT MOTION FOR CONFIDENTIALITY ORDER

Defendants Town of Holden, Lieutenant Andrew D. Whitehouse, and Chief Eduardo Benjamin (collectively, "Defendants") hereby move for the entry of the Court's Form Confidentiality Order. Plaintiff, through his counsel, consents to this Motion and the entry of the Court's Form Confidentiality Order. The parties acknowledge that they possess confidential, protected personal information that will be revealed in discovery and subsequently form a part of the record in this case, including personnel records that are confidential under Maine law. The parties further acknowledge the need and desire that such information be protected from dissemination beyond the needs of this litigation. The entry of the Court's Form Confidentiality Order is appropriate and necessary to protect this information from dissemination beyond the needs of this litigation. The only change made to the Court's Form Confidentiality Order is that under Section 6(b)(2), the following language was added: "claims' adjustors and other individuals employed by any entity providing liability coverage to the parties" to allow for the

Maine Municipal Association, who provides liability coverage to Defendants, to view confidential documents.

WHEREFORE, the parties respectfully request that this Court enter the attached consent Confidentiality Order to govern the production and use of confidential documents in this matter.

Dated: January 24, 2025.

 /s/ Kasia S. Park
Kasia S. Park, Esq.
Kyla T. Smet, Esq.
*Attorneys for Defendants Town of Holden,*
*Lieutenant Andrew D. Whitehouse, and Chief*
*Eduardo Benjamin*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941
kpark@dwmlaw.com
ksmet@dwmlaw.com