UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JACKSON R. HAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF HOLDEN, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-00269-LEW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-captioned matter with prejudice. This dismissal shall be without costs, attorneys' fees, or interest to any party.

Dated at Portland, Maine, this 10th day of July, 2025

> */s/ Walter H. Foster IV*
> Walter H. Foster IV, Esq.
> *Attorney for Jackson R. Hawkins*
> **STEVE SMITH TRIAL LAWYERS**
> 191 Water Street
> Augusta, ME 04330
> (207) 622-3711
> Walter@MaineTrialLaw.com

/s/ Benjamin J. Wahrer
Benjamin J. Wahrer, Esq.
*Attorney for Lieutenant Andrew D. Whitehouse*
**Norman, Hanson & DeTroy, LLC**
P.O. Box 4600
Portland, ME 04112
207-774-7000
bwahrer@nhdlaw.com

/s/ Kasia S. Park
Kasia S. Park, Esq.
Kyla T. Smet, Esq.
*Attorneys for Defendants Town of Holden and Eduardo Benjamin*
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941
kpark@dwmlaw.com
ksmet@dwmlaw.com